UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| RONNIE L. DAVIDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Nos. 2:11-cv-224; 2:09-cr-111 |
| ) | *Judge Jordan* |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with the accompanying memorandum, petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **GRANTED**, [Doc. 43], and his motion for summary judgment is **DENIED** as **MOOT**, [Doc. 54]. It is **ORDERED** that his sentence is reduced to a "time-served" sentence and that petitioner's term of supervised release is reduced to six years, pursuant to 21 U.S.C. § 841(b)(1)(C). This order shall take effect ten days from its entry in order to give the Bureau of Prisons time to process petitioner's release. Except as provided above, all provisions of the judgment dated August 10, 2010, [Doc. 38], shall remain in effect.

**SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT